UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23727-CIV-WILLIAMS

BRIDGETTE JOHNSON, et al.,

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal (DE 45). In that notice, Plaintiffs state that "[a]t this time the claims of all remaining plaintiffs have become moot." Accordingly, upon review of the notice and the record, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of December, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE